No. 372. Maius v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. Mr. Justice Marshall took no part in the consideration or decision of this petition. *William J. Dammarell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 317. Rodriguez v. Alcoa Steamship Co., Inc. C. A. 1st Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted and the judgment reversed. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Harvey B. Nachman* and *Stanley L. Feldstein* for petitioner. *Antonio M. Bird, J. Ward O'Neill* and *Francis X. Byrn* for respondent.

No. 337. Easton, dba George Easton Furniture Co. v. Weir et al. Dist. Ct. App. Fla., 2d Dist. Motion to dispense with printing petition granted. Certiorari denied. *Ross H. Stanton, Jr.,* for respondents.

No. 430. G. I. Distributors, Inc. v. New York. Ct. App. N. Y. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted and the judgment reversed on the basis of *Redrup* v. *New York,* 386 U. S. 767. Mr. Justice Brennan and Mr. Justice Stewart would deny certiorari upon the sole ground that the issues in this case have become moot. See *Jacobs* v. *New York,* 388 U. S. 431; *Tannenbaum* v. *New York,* 388 U. S. 439. *Osmond K. Fraenkel* for petitioner. *Thomas J. Mackell* and *Peter J. O'Connor* for respondent.